**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **CR 06 107T** |
| | ) | **Cr. No.** |
| **vs.** | ) | **In violation of: 21 U.S.C.** |
| | ) | **§§ 841(a)(1), (b)(1)(B) and** |
| | ) | **860; 18 U.S.C. § 922 (g)(1)** |
| | ) | |
| **ISAAC NATHANIEL CHANDLER** | ) | |

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE

On or about May 4, 2006, in the District of Rhode Island, the defendant, ISAAC NATHANIEL CHANDLER, did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), within 1,000 feet of the real property comprising Nathaniel Greene Middle School, a public secondary school, all in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 860.

COUNT TWO

On or about May 4, 2006, in the District of Rhode Island, the defendant, ISAAC NATHANIEL CHANDLER, did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of

cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

COUNT THREE

On or about May 4, 2006, in the District of Rhode Island, the defendant, ISAAC NATHANIEL CHANDLER, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Para Ordinance P 12, .45 caliber pistol, serial number RJ7678, in violation of 18 U.S.C. § 922(g)(1).

FORFEITURE ALLEGATIONS

As a result of the offenses alleged in Counts One and Two of this Indictment, pursuant to 21 U.S.C. § 853, the defendant, ISAAC NATHANIEL CHANDLER, shall forfeit to the United States any and all property, constituting or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of said violations and/or any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to the following:

1. One lot of two thousand seven hundred and five dollars ($2,705) in U.S. currency;

2. A Millennium Theater Systems DVD Home Theater System Cinema Series 3100;

3. Two Millennium Theater Systems MTS 2328 3-way

audio/video towers; and

4. One 1992 Lexus, VIN: JT8JZ31C4N0009049, including the surveillance equipment contained therein.

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: October 4, 2006