AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

USA
v.
Isaac Nathaniel Chandler

## APPEARANCE

Case Number: CR06-107T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Isaac Nathaniel Chandler

I certify that I am admitted to practice in this court.

10-10-06
Date

Mary S. McElroy
Signature

Mary S. McElroy
Print Name | Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City | State | Zip Code

401-528-4281 | 401-528-4285
Phone Number | Fax Number