# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR06-107T***

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

RECEIVED
OCT 06 2006
By

YOU ARE HEREBY COMMANDED, to have the **body** of **ISAAC NATHANIEL CHANDLER**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **10th** day of **October, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: October 6, 2006.

David A. DiMarzio, Clerk

ARRAIGNMENT

*by* ***Jeannine Theall - Deputy Clerk***