UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR NO CR06-107-T

ISAAC NATHANIEL CHANDLER :

MOTION TO WITHDRAW

NOW COMES the undersigned, Mary S. McElroy, Assistant Federal Public Defender and hereby withdraws her appearance on behalf of the defendant, Isaac Nathaniel Chandler. In support of this motion, the undersigned states that a conflict has recently developed with the Federal Public Defender Office relative to this case.

Respectfully Submitted,

Mary S. McElroy
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that on this 20th day of October, 2006, I filed and served by electronic notification, the within motion to the following:

Sandra Beckner, AUSA
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Mary S. McElroy