UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-107T

ISAAC NATHANIEL CHANDLER

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Defendant, Isaac Nathaniel Chandler.

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on October 20, 2006, a copy of this Notice was e-filed and served via e-file on AUSA Sandra Beckner, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903 and on Edward C. Roy, Assistant Federal Defender, 10 Weybosset Street, Providence, RI 02903.

/s/Judith Crowell, Esq.