UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR NO CR06-107-T

ISAAC NATHANIEL CHANDLER :

MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW

The undersigned filed a motion to withdraw in the above-captioned matter and files this memorandum in support of that motion. A conflict has recently developed with the Federal Public Defender Office relative to this case. We respectfully request that substitute counsel be appointed to represent Mr. Chandler in this matter.

Respectfully Submitted,

/s/ Mary S. McElroy
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that on this 20th day of October, 2006, I filed and served by electronic notification, the within motion to the following:

Sandra Beckner, AUSA
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Mary S. McElroy