UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-107T

ISAAC CHANDLER

**MOTION FOR CONTINUANCE**

Now comes the Defendant Isaac Chandler and respectfully requests that this Honorable Court continue the deadline set for filing pretrial motions in the above-captioned case for 30 days, to December 13, 2006, for the reason that the undersigned was appointed counsel for Defendant on October 20, 2006, after the Federal Defender assigned to the case was permitted to withdraw due to a conflict. New counsel requires time to review discovery with Defendant, discuss his alternatives with him, and prepare and file pretrial motions if required.

The Government has no objection to this motion.

This 30 day time period would be excudable time under the Speedy Trial Act, 18 USC Section 3161(h)(8), because the interests of justice in allowing Defendant time to examine discovery and to prepare pretrial motions outweighs the interests of the public and the Defendant in a speedy trial. There has been prior excludable time.

ISAAC CHANDLER
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on October 30, 2006, I filed a copy of this Motion via e-filing, with a copy to AUSA Sandra Beckner.

/s/ Judith Crowell, Esq.