**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 06-107T

ISAAC NATHANIEL CHANDLER,
Defendant

**ORDER**

Defendant's Motion to Seal its Motion for Downward Departure and/or Variance and Supporting Memorandum is hereby granted in part and denied in part. The letters attached to Defendant's Memorandum in Support of Motion for Downward Departure and/or Variance are hereby sealed by the Court. The Motion itself and the supporting Memorandum are to be filed in the Court File and will not be sealed (as per LR Gen 102, Paragrpah (a), subsection (3)).

By Order:

Deputy Clerk

ENTER:

Ernest C Torres

Senior U.S. District Judge Ernest C. Torres
date: 3/23/07