UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-107T

ISAAC NATHANIEL CHANDLER

**NOTICE OF APPEAL**

Now comes this Defendant, Isaac Nathaniel Chandler, and files this Notice of Appeal of the sentence imposed by this Honorable Court in the above-captioned case.

ISAAC NATHANIEL CHANDLER
Defendant
By His Attorney,

/s/ Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on March 27, 2007, I served a copy of this Notice of Appeal by e-filing on AUSA Sandra Beckner, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.

/s/ Judith Crowell, Esq.