IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
:
v. : CR. NO. 06-107-T
:
ISAAC NATHANIEL CHANDLER :

PRELIMINARY ORDER OF FORFEITURE

The parties having entered into a Consent Decree for Forfeiture of the following property listed in the Forfeiture Allegations section of the Indictment:

1. One lot of two thousand seven hundred and five dollars ($2,705) in U.S. currency;

2. A Millennium Theater Systems DVD Home Theater System Cinema Series 3100;

3. Two Millennium Theater Systems MTS 2328 3-way audio/video towers; and

4. One 1992 Lexus, VIN: JT8JZ31C4N0009049, including the surveillance equipment contained therein;

it is hereby

ORDERED, ADJUDGED and DECREED

that pursuant to 21 U.S.C. § 853, all the right, title, and interest of the defendant, Isaac Nathaniel Chandler, in and to the above referenced property listed in the Forfeiture Allegations section of the Indictment, are hereby forfeited to the United States of America.

The Court finds that said assets constitute or were derived from the proceeds of the commission of the violations of 21

U.S.C. § 841, alleged in Counts I and II of the Indictment, and were used to facilitate the commission of said violations.

It is further

ORDERED, ADJUDGED, AND DECREED

as follows:

1. That the United States Marshal shall seize the above-referenced property in accordance with law pursuant to FED. R. CRIM. P. 32.2(b)(3);

2. That pursuant to 21 U.S.C. § 853(n)(1), the United States Marshal shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Preliminary Order of Forfeiture, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the above-referenced property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property and any additional facts supporting the petitioner's claim and the relief sought;

4. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property, as a substitute for published notice as to those persons so notified;

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Ordered this 11th day of April, 2007.

ENTER:

Ernest C. Torres
ERNEST C. TORRES
SENIOR JUDGE
UNITED STATES DISTRICT COURT
4/10/07

Presented By:

SANDRA R. BECKNER
Assistant U.S. Attorney

JUDITH CROWELL, ESQ.
Counsel for the Defendant