# United States Court of Appeals
## For the First Circuit

No. 07-1583

UNITED STATES
Appellee

v.

ISAAC NATHANIEL CHANDLER
Defendant - Appellant

**ORDER OF COURT**

Entered: July 23, 2007
Pursuant to 1st Cir. R. 27.0(d)

Appellant's request for appointment of new counsel on appeal is granted. Attorney Raymond J. Rigat is appointed as counsel under the guidelines of the Criminal Justice Act, 18 U.S.C. § 3006A.

Attorney Judith Crowell is allowed to withdraw as counsel and is directed to forward the case record to Attorney Raymond Rigat at 23 East Main Street Clinton, CT 06413 (860) 669-3273 and provide proof of such service to this court by August 6, 2007.

On or before August 13, 2007, Attorney Rigat must file the transcript order form, accompanied by a CJA Form 24 voucher, or a statement certifying that the transcript of all necessary proceedings has been filed or ordered.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:____________________
Chief Deputy Clerk

[cc: Isaac N. Chandler, Judith Crowell, Esq., Raymond Rigat, Esq., Donald Lockhart, AUSA]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

**APPEARANCE FORM**
(Please type or print all answers)

Case No.: 07 - 1583
Case Name (short): UNITED STATES V. CHANDLER

**FAILURE TO FILL OUT COMPLETELY MAY RESULT IN THE REJECTION OF THIS FORM AND COULD AFFECT THE PROGRESS OF THE APPEAL**

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

Isaac Nathaniel CHANDLER as the
(Specify name of person or entity represented.)

*If you represent a litigant who was a party below, but who is not a party on appeal, do not designate yourself as counsel for the appellant or the appellee.*

[X] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

[ ] not a party on appeal

(Signature)

Name & Address:
Raymond J. Rigat, Esq.
23 East Main Street
Clinton, CT 06413

Telephone: (860) 669-3273 **Court of Appeals Bar Number**: 70359
Fax: (860) 669-3495 E-Mail: raymondjrigat@sbcglobal.net

Has this case or any related case previously been on appeal?

Yes ______ Court of Appeals No. ______

No X

[ ] IF YOU WILL NOT BE PARTICIPATING IN THIS CASE, PLEASE CHECK HERE AND RETURN, AND GIVE US THE NAME AND ADDRESS OF ANOTHER ATTORNEY, IF ANY, WHO WILL PROVIDE APPELLATE REPRESENTATION.

________________________________________

________________________________________

NOTE: Must be signed by an Attorney admitted to practice before the United States Court of Appeals for the First Circuit pursuant to 1st Cir. R. 46.0(a)(2). If you are applying for admission, please return this appearance form **with** your application for admission, including the admission fee.

If your name has changed since you were admitted to the First Circuit Bar PLEASE show the name under which you were admitted.

**COUNSEL MUST COMPLETE & RETURN THIS APPEARANCE FORM IN ORDER TO FILE PLEADINGS IN THIS COURT**

**CERTIFICATION**

I hereby certify that a copy of the foregoing appearance has been sent, regular U.S. Mail, this 30th day of July, 2007, to the following:

Attorney Sandra Beckner
United States Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, Rhode Island 02903;

Attorney Judith Crowell
128 Dorrance Street
4th Floor
Providence, RI 02903;

Clerk,
United States District Court
for the District of Rhode island
Federal Building and United States Courthouse
One exchange terrace
Providence, RI 02903-1270; AND

Mr. Isaac Nathaniel Chandler
Register No. 05795-070
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

Raymond J. Rigat, Esq.