# Certificate of Achievement

This certifies that

## Isaac Chandler

**has achieved a 5.0 in all subject areas in the literacy program at USP Canaan.**

P. Salamedo
Instructor

Supervisor of Education

# HOME BUILDERS INSTITUTE

*Hereby recognizes that*

**Isaac Chandler**

*successfully completed the Residential Construction Academy instruction in the area of*

## Plumbing

*completed at*

***USP CANAAN***

Instructor 9-25-07

**600 Hours**

Affiliated with NAHB National Association of Home Builders

*Steve Kramer, Vice President*
*Residential Construction Academy*
*Home Builders Institute*

Residential Construction Superintendent

# Certificate of Achievement

**This certifies that**

Isaac Chandler

**has satisfactorily completed**

"Life Skills"

**Consisting of** 2 **Hours of Training**

**This certificate is hereby issued this** 24th **day of** July **, 20**07

J. Johnson, Supervisory Chaplain

D. Rigol, CMC

# Certificate of Achievement

This certifies that

## Isaac Chandler

**has achieved a score of 8.0 in all subject areas of the literacy program.**

Y. Salzaneda
Instructor

S. Nichelli
Supervisor of Education