UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 06-107T

ISAAC NATHANIEL CHANDLER

**ORDER DENYING, WITHOUT PREJUDICE, DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Isaac Chandler has filed, *pro se*, a motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Because Chandler's appeal of his sentence is currently pending in the First Circuit Court of Appeals, this Court is without jurisdiction to consider his motion. See United States v. Distasio, 820 F.2d 20, 23 (1st Cir. 1987)("[S]entencing court is without jurisdiction to rule on a motion for reduction of sentence once a notice of appeal has been docketed.") Therefore, Chandler's motion to correct his sentence is DENIED without prejudice to renewing the motion after determination of his appeal.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Court Judge
Date: May 6, 2008