06-107 T

# United States Court of Appeals
## For the First Circuit

---

No. 07-1583

UNITED STATES OF AMERICA,

Appellee,

v.

ISAAC NATHANIEL CHANDLER,

Defendant, Appellant.

---

**JUDGMENT**

Entered: July 18, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appeal is dismissed without prejudice to Isaac Nathaniel Chandler's ability to move for modification of his sentence under the new guidelines.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Ernest C. Torres, Mr. David A. DiMarzio, Clerk, United States District Court for the District of Rhode Island, Mr. Lockhart, Mr. Rigat, & Ms. Beckner.