IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 06-107 |
| v. | |
| ISAAC NATHANIEL CHANDLER, | |

**FINAL ORDER OF FORFEITURE**

(A) Having entered a Preliminary Order of Forfeiture with respect to Defendant's interest in the following properties, which are collectively referred to as the "Subject Properties": one lot of two thousand seven hundred and five dollars ($2,705), a Millennium Theater Systems DVD Home Theater System Cinema Series 3100, two Millennium Theater Systems MTS 2328 3-way audio/video towers, and one 1992 Lexus, VIN: JT8Z31 C4N0009049, including the surveillance equipment contained therein; (B) notice of forfeiture having been published on the government's official internet site, www.forfeiture.gov, for 30 consecutive days, from and including December 17, 2008 to January 15, 2009, which provided all third parties notice sufficient to petition the Court within thirty days of the final publication of notice on January 15, 2009; and (C) no petitions by any third party having been filed;

It is hereby ORDERED, ADJUDGED and DECREED that the Subject Properties are forfeited to the United States of America, and the United States Marshal is authorized and ordered to dispose of said Subject Properties according to law.

BY ORDER:

_____

ENTER:

~~ERNEST C. TORRES~~ William E. Smith
UNITED STATES DISTRICT JUDGE